# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN GOLZAK,** | : | No. 3:12cv2247 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Defendant** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 13th day of March 2014, the decision of the Commissioner of Social Security denying Plaintiff Brian Golzak's supplemental security income benefits is **AFFIRMED** and the appeal is hereby **DENIED**.

The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and against Plaintiff Brian Golzak.  The Clerk of Court is further directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**

**JUDGE JAMES M. MUNLEY**
**United States District Court**